# THE LAW OFFICE OF MARTIN KANFER, ESQ.
_____ATTORNEY AT LAW_____

| | |
|---|---|
| Three Northern Boulevard | TEL: (516) 482-6293 |
| 2ND Floor | FAX: (208) 728-6963 |
| Great Neck, NY 11021 | EMAIL: kanferlawoffice@yahoo.com |

March 02, 2020

Via ECF Filing and Email
Hon. Cathy Seibel
United States District Judge
United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

*Application granted. Conference adjourned to 3/24/20 at 4:15 p.m.*

SO ORDERED.

*Cathy Seibel*   3/2/20
CATHY SEIBEL, U.S.D.J.

Re: Emery v. City of Middletown, et al.
Docket No.: 19-cv-7603(CS)

Dear Judge Seibel:

    This office represents plaintiff Shaheed Emery in the above-referenced action. I write to respectfully request an adjournment of the upcoming March 6, 2020 pre-motion conference due to a conflict with my personal schedule. Defendants' counsels consent to this request.

    Counsel for The County of Orange previously requested an adjournment due to a scheduling conflict from March 4, 2020 at 3:45 PM. The matter was put over to March 6, 2020 at 4:45 PM.

    I have an autistic son who is away at boarding school. Per my custody order I pick him up every other Friday in Suffolk County, New York. Unfortunately when my office provided dates for the prior adjournment request they inadvertently failed to check my personal calendar and as a result did not include my personal scheduling restrictions for alternating Fridays.

    Accordingly, I respectfully request an adjournment of the March 6, 2020 conference to the next available date. In coordinating availability with the parties, counsel informed me they are available on the following dates: March 23, 24, 27 or 30

    Thank you for your consideration of this request.

Respectfully Submitted,

*Martin K*
MARTIN KANFER, ESQ(MK1895)

Cc (via ECF): All counsel of record