UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SHAHEED EMERY,

                        Plaintiff,

  - against -

THE CITY OF MIDDLETOWN et al.,

                        Defendants.
-------------------------------------------------------------x

**ORDER**

No. 19-CV-7603 (CS)

Seibel, J.

For the reasons stated on the record this afternoon, the Motion for Summary Judgment of the Middletown Individual Defendants, (ECF No. 45), is GRANTED. The Clerk of the Court is respectfully directed to terminate the pending motion, enter judgment for Defendants, and close the case.

**SO ORDERED.**

Dated: January 13, 2023
       White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.