**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SHAHEED EMERY,

                 Plaintiff,

     -against-                                    19 **CIVIL** 7603 (CS)

                                                    **JUDGMENT**

THE CITY OF MIDDLETOWN et al.,

                 Defendants.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated January 13, 2023, the Motion for Summary Judgment of the

Middletown Individual Defendants is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

     January 17, 2023

                                            **RUBY J. KRAJICK**

                                  _____

                                      **Clerk of Court**

                **BY:**               K. Mango

                                    _____

                                      **Deputy Clerk**